# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FRANKLIN L. WILLIAMS,       *

          *

     Petitioner,      *         CIVIL ACTION NO.: 2:15-cv-118

          *

v.      *

          *

THURBERT E. BAKER; and STATE OF    *

GEORGIA,      *

          *

     Respondents.      *

## ORDER

Presently before the Court is the Magistrate Judge's
May 16, 2016, Report and Recommendation, dkt. no. 16, to which
Petitioner Franklin Williams ("Williams") filed Objections, dkt.
no. 17, and a second Motion for Leave to Proceed *in Forma
Pauperis*, dkt. no. 18. After an independent and *de novo* review
of the entire record, the Court **CONCURS** with the Magistrate
Judge, **ADOPTS** the Report and Recommendation as the opinion of
the Court, and **OVERRULES** Williams' Objections. Consequently,
the Court **DISMISSES** Williams' Petition for Writ of Habeas
Corpus, filed pursuant to 28 U.S.C. § 2254. Additionally, the
Court **DENIES** Williams' Motion for Judgment, dkt. no. 11, **DENIES**
Williams leave to appeal *in forma pauperis*, and **DENIES** Williams
a Certificate of Appealability. Further, the Court **DENIES**

Williams' second Motion for Leave to Proceed *in Forma Pauperis*. Dkt. No. 18. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 17 day of June , 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA